UNITED STATES DISTRICT COURT   FILED
DISTRICT OF CONNECTICUT

2003 OCT 24  P 2: 58

SEAN A. LOVE

v.   :   CIV. NO. 3:02CV1960 (JCH)

TOWN OF GRANBY, ET AL

SCHEDULING ORDER

A settlement conference was held on October 15, 2003. At the conclusion of the conference, the parties agreed to the following schedule.

The discovery deadline has been extended to December 31, 2003. Plaintiff will disclose his damages expert and provide the expert's report by November 21, 2003. All depositions, including experts, will be concluded by December 31, 2003. Plaintiff will supply remaining document discovery by October 31, 2003. Plaintiff will be seeing Dr. Borden again on Friday, October 24, 2003. Continuing efforts will be made to locate a missing witness, the fourth person in the car.

A telephone conference will be held on December 11, 2003 at 10:30 a.m. Plaintiff's counsel will initiate the conference call. A second settlement conference for January 2004 will be scheduled at that time. The parties are encouraged to contact the Court as

issues arise.

SO ORDERED at Bridgeport this 16th day of October 2003.

_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

2