UNITED STATES DISTRICT COURT   FILED
DISTRICT OF CONNECTICUT

2004 JAN 23 P 5: 25

SEAN A. LOVE

v.                              CIV. NO. 3:02CV1960 (JCH)

TOWN OF GRANBY, ET AL

## SCHEDULING ORDER

A telephone conference was held on January 23, 2004 to address the parties' request for an amended scheduling order. At the conclusion of the conference, the parties agreed to the following schedule.

The deadline for the completion of fact discovery has been extended to February 27, 2004. Plaintiff will disclose his damages expert and provide the expert's report by February 27, 2004. Defendant's economic expert disclosure is due by March 19, 2004.

A settlement conference is scheduled for April 7, 2004 at 9:30 in Waterbury.

SO ORDERED at Bridgeport this 23 day of January 2004.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE