FILED

2004 JAN 22 P 1: 27

U.S. DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEAN A. LOVE | : | CASE NO. 302CV1960 (JCH) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF GRANBY, DOUGLAS CLARK and | : | |
| ROBERT CASTLE | : | |
| Defendants | : | JANUARY 20, 2004 |

### MOTION FOR MODIFICATION OF SCHEDULING ORDER

The Defendants, Town of Granby, Douglas Clark and Robert Castle, hereby submit this Motion for Modification of Scheduling Order and request that the court extend the scheduling order, filed jointly by the Plaintiff and Defendants, dated November 19, 2003. Specifically, the Defendants request an extension of thirty (30) days for deposing their fact witnesses. The Defendants submit that the current deadline for the depositions of fact witnesses is January 31, 2004. The Defendants, therefore, request that the court extend the deadline to March 1, 2004.

In support of this Motion, the Defendants submit that the Defendants will be unable to depose the Plaintiff's mother, Mrs. Bishop, until February due to her unavailability. The Defendants also submit that, pursuant to the Local Rule 9 (b), they

have contacted the Plaintiff's attorney, William Barrante, and he has no objection to this Motion.

Therefore, for the foregoing reasons, the Defendants request that the court grant their Motion for Modification of the Scheduling Order.

>THE DEFENDANTS,
>TOWN OF GRANBY, DOUGLAS CLARK
>and ROBERT CASTLE
>
>By: *J. A. Spinella*
>JOSEPHINE A. SPINELLA
>Silvester & Daly
>72 Russ Street
>Hartford, CT 06103
>Tel. (860) 278-2650
>Federal Bar No. CT24009

## CERTIFICATION

I, Josephine A. Spinella, attorney for the Defendants, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 20th day of January, 2004 to:

Patsy M. Renzullo
65 Elm Street
P.O. Box 718
Winsted, CT 06098

By: _____
JOSEPHINE A. SPINELLA
Silvester & Daly

nai-love/modif of scheduling order.011904