UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SEAN A. LOVE,  NO. 302CV1960(JCH)
    Plaintiff

v.

TOWN OF GRANBY, ET AL.,

    Defendants  JANUARY 21, 2004

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

The plaintiff hereby moves for modification of the Scheduling Order, filed jointly by plaintiff and defendants, dated November 19, 2003, to extend to March 1, 2004 the deadline for deposing of fact witnesses. The current deadline is January 31, 2004. Plaintiff currently wishes to depose defendants Douglas Clark and Robert Castle, plus the police chief of Granby, and, because of scheduling conflicts on the part of counsel, it is unlikely that these can be done before the end of this month.

Pursuant to Local Rule 9(b), plaintiff represents that Attorney Josephine Spinella, of Silvester & Daly, defendants' counsel, does not object to this modification

PLAINTIFF

By_____
Patsy M. Renzullo
P.O. Box 718
Winsted, CT 06098
(860) 379-9885
Fed. Bar No. CT11058

## CERTIFICATION

I hereby certify that on January 21, 2004, a copy of the foregoing was mailed to defendants' counsel, Atty. Josephine A. Spinella, Silvester & Daly, 72 Russ Street, Hartford, CT 06106.

_____
Patsy M. Renzullo

2