FILED

2004 FEB -5  P 6:04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEAN LOVE : | |
| Plaintiff : | CIVIL ACTION NO. |
| : | 3-02-cv-1960 (JCH) |
| v. : | |
| : | |
| TOWN OF GRANBY, ET AL : | FEBRUARY 5, 2004 |
| Defendants | |

### ENDORSEMENT RULING   [DKT. NOS. 36 & 37]

The court hereby **grants** the defendants' Motion for Modification [Dkt. No. 36] and the plaintiff's Motion for Modification [Dkt. No. 37]. Fact discovery is hereby extended to March 1, 2004. No further extensions will likely be granted.

### SO ORDERED.

Dated at Bridgeport, Connecticut this 5th day of February, 2004.

_____
Janet C. Hall
United States District Judge