FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT    2004 FEB 27  P 4:41

US DISTRICT COURT
BRIDGEPORT CT

SEAN A. LOVE

v.                              CIV. NO. 3:02CV1960 (JCH)

TOWN OF GRANBY, ET AL

SCHEDULING ORDER

A telephone conference was held on February 19, 2004 to address the parties' request for an amended scheduling order. At the conclusion of the conference, the parties agreed to the extension of all deadlines for 30 days, as follows.

The deadline for the completion of fact discovery has been extended to March 31, 2004. Plaintiff will disclose his damages expert and provide the expert's report by March 31, 2004; defendants will conduct the deposition within thirty (30) days. Defendants' economic expert disclosure is due by April 16, 2004; plaintiff will conduct the deposition within thirty (30) days.

A settlement conference is scheduled for April 28, 2004 at 10:00 a.m. in Waterbury.

Counsel are advised that, pursuant to D. Conn. L. Civ. R. 5(a), your appearance "shall include counsel's name, address, zip code, federal bar number, telephone number, fax number and e-mail address, if available." Provision of your e-mail address will

enable the Court to send e-mail notice of all filings in this case.

SO ORDERED at Bridgeport this **26** day of February 2004.

```
                              HOLLY B. FITZSIMMONS
                              UNITED STATES MAGISTRATE JUDGE
```