UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTCICUT

**FILED**
2004 MAR 22 P 12: 20
U.S. DISTRICT COURT
BRIDGEPORT, CONN

SEAN A. LOVE                     CASE NO. 302CV1960 EBB

       Plaintiff

v.

TOWN OF GRANBY, DOUGLAS CLARK
AND ROBERT CASTLE

       Defendants           MARCH 19, 2004

## MOTION FOR IMMEDIATE INSPECTION AND MOTION TO RESTRAIN DESTRUCTION OR TAMPERING

The plaintiff in the above hereby represents as follows:

1. That during his deposition on February 12, 2004, David Watkins, Police Chief for the Town of Granby, revealed that the memorandum (attached and marked Exhibit A) was a document not contained in personnel files.

2. That Chief Watkins, formerly Captain, was in command at the station while the prior chief convalesced during his final illness.

3. That deponent Watkins regularly maintained such records on various officers within his command but did not include such records in their personnel files.

4. There is a reasonable likelihood that such records reveal officer conduct which may be relevant to officer conduct in the instant matter.

Therefore, the plaintiff moves for a preliminary examination by plaintiff's counsel and if requested by plaintiff's counsel a further examination by a computer expert of the police personnel files contained in the computers of Police Chief Watkins and his predecessor, former Chief Marren.

The plaintiff further moves for an order requiring the defendant Town to disclose whether any such files have been modified since created and a further order restraining the defendant Town or any of its officers, agents and employees from modifying, destroying, erasing or otherwise eliminating or changing any computer files of Police Chief Watkins and former Police Chief Marren contained in either chief's personal computer, including any computer no longer being used, which relate to police personnel and further moves for an order restraining destruction of transfer of any such computers.

PLAINTIFF

By /s/ Patsy M. Renzullo
Patsy M. Renzullo
65 Elm St. P.O. Box 718
Winsted, CT 06098
Fed. Bar # 11058CT

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on the above date to:

Attorney Frank Szilagyi
Silvester & Daly
72 Russ St.
Hartford, CT  06106

_____
Patsy M. Renzullo
Commissioner of the Superior Court