# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEAN A. LOVE | : | CASE NO. 302CV1960 (EBB) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF GRANBY, DOUGLAS CLARK and ROBERT CASTLE | : | |
|     Defendants | : | APRIL 21, 2004 |

## REQUEST TO DEPOSE WITNESS OUTSIDE OF SCHEDULING ORDER

The Defendants, Town of Granby, Douglas Clark and Robert Castle, hereby request the court's permission to depose a fact witness outside of the scheduling order. The Defendants submit that, pursuant to the scheduling order, the deadline to depose fact witnesses was March 31, 2004. The present action arises out of the Plaintiff's arrest by the Defendants, Officer Clark and Sergeant Castle, on November 11, 2000. In his responses to the Interrogatories, the Plaintiff indicated that Ky Schieb was witnessed the events surrounding the Plaintiff's arrest. Prior to the deadline for deposing fact witnesses, defense counsel requested that Plaintiff's counsel make Ky Schieb available to be deposed. In response to the request, Plaintiff's counsel told Defense counsel that they could not locate Mr. Schieb.

On March 31, 2004, however, Plaintiff's counsel notified defense counsel that they had located Mr. Schieb and that he "will be cooperative in making himself available." See Exhibit A, correspondence from Patsy Renzullo to Frank J. Szilagyi, dated March 31, 2004. Defense counsel and Plaintiff's counsel are currently in the process of selecting a date to depose Mr. Schieb.

In light of the recent developments regarding the location of Mr. Schieb, the Defendants now request the court's permission to depose Mr. Schieb outside of the scheduling order.

    THE DEFENDANTS,
    TOWN OF GRANBY, DOUGLAS CLARK
    and ROBERT CASTLE


    By:_____
      JOSEPHINE A. SPINELLA
      Silvester & Daly
      72 Russ Street
      Hartford, CT 06103
      Tel. (860) 278-2650
      Federal Bar No. CT24009

## **CERTIFICATION**

      I, Josephine A. Spinella, attorney for the Defendants, hereby certifies that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 21st day of April, 2004 to:

Patsy M. Renzullo
65 Elm Street
P.O. Box 718
Winsted, CT 06098

                                                  By:_____
                                                      JOSEPHINE A. SPINELLA
                                                      Silvester & Daly

nai-love/req. depose witness.042004