FILED

Apr 22  1 21 PM '04

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEAN A. LOVE | : | CASE NO. 302CV1960 (EBB) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF GRANBY, DOUGLAS CLARK and | : | |
| ROBERT CASTLE | : | |
| Defendants | : | APRIL 21, 2004 |

### REQUEST TO DEPOSE WITNESS OUTSIDE OF SCHEDULING ORDER

The Defendants, Town of Granby, Douglas Clark and Robert Castle, hereby request the court's permission to depose a fact witness outside of the scheduling order. The Defendants submit that, pursuant to the scheduling order, the deadline to depose fact witnesses was March 31, 2004. The present action arises out of the Plaintiff's arrest by the Defendants, Officer Clark and Sergeant Castle, on November 11, 2000. In his responses to the Interrogatories, the Plaintiff indicated that Ky Schieb was witnessed the events surrounding the Plaintiff's arrest. Prior to the deadline for deposing fact witnesses, defense counsel requested that Plaintiff's counsel make Ky Schieb available to be deposed. In response to the request, Plaintiff's counsel told Defense counsel that they could not locate Mr. Schieb.