### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEAN A. LOVE | : | CASE NO. 302CV1960 (EBB) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF GRANBY, DOUGLAS CLARK and ROBERT CASTLE | : | |
| | : | |
|     Defendants | : | MAY 12, 2004 |

### REQUEST TO FILE DISPOSITIVE MOTION OUT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Defendants, Town of Granby, Douglas Clark and Robert Castle, in the above-captioned matter, hereby request the Court's permission to file a Motion for Summary Judgment out of time. In support of their request, the Defendant's assert that, through discovery, they have learned that several of Plaintiff's claims must fail as a matter of law.

The Defendant's submit that the deadline for filing dispositive motions was May 1, 2004.

The Defendants represent that, pursuant to Local Rule of Civil Procedure 7(b)(3), the attorney for the Plaintiff was contacted with respect to his position regarding this request and that Plaintiff's attorney did not respond. As such, the Defendants cannot ascertain opposing counsel's position with regard to this request.   Plaintiff's counsel

was also made aware of the Defendants' intention to file this motion during the recent status conference conducted by Magistrate Fitzsimmons.

The Motion for Summary Judgment is being filed simultaneously with this motion.

Wherefore, the Defendants respectfully request that the court grant this Request to File Dispositive Motion Out of Time.

        THE DEFENDANTS,
        THE TOWN OF GRANBY, DOUGLAS CLARK
        and ROBERT CASTLE


By:_____
    JOSEPHINE A. SPINELLA
    Silvester & Daly
    72 Russ Street
    Hartford, CT 06103
    Tel. (860) 278-2650
    Federal Bar No. CT24009

## **CERTIFICATION**

     I, Josephine A. Spinella, attorney for the Defendants, hereby certifies that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 12th day of May, 2004 to:

Patsy M. Renzullo
65 Elm Street
P.O. Box 718
Winsted, CT 06098


                                            By:_____
                                                  JOSEPHINE A. SPINELLA
                                                  Silvester & Daly