FILED

Mar 21 4 29 PM '04

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEAN A. LOVE | : | CASE NO. 302CV1960(EBB) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF GRANBY, DOUGLAS CLARK | : | |
| and ROBERT CASTLE | : | |
| Defendants | : | MAY 12, 2004 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, the Defendants, the Town of Granby, Douglas Clark and Robert Castle, hereby submit this Motion for Summary Judgment. The Defendants assert that the Plaintiff cannot maintain false arrest and false imprisonment causes of action against them because the underlying criminal charges did not terminate in the Plaintiff's favor. The Defendants submit that no genuine issue of material fact exists regarding the Plaintiff's false arrest and false imprisonment claims and, that, as such, they are entitled to judgment as a matter of law. Furthermore, the Defendants submit that the court should decline to exercise jurisdiction on the Plaintiff's pendent state law claims.

The reasons that support this Motion for Summary Judgment are more fully set forth in the accompanying Memorandum of Law and supporting documents.

Based on the foregoing reasons as set well as the reasons set forth in the accompanying Memorandum of Law, the Defendants request that court grant their Motion for Summary Judgment.

THE DEFENDANTS,
THE TOWN OF GRANBY, DOUGLAS CLARK
and ROBERT CASTLE

By: _____
JOSEPHINE A. SPINELLA
Silvester & Daly
72 Russ Street
Hartford, CT 06103
Tel. (860) 278-2650
Federal Bar No. CT24009