UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEAN A. LOVE<br>　　　　Plaintiff | CASE NO.302CV1960(EBB) |
| v. | |
| TOWN OF GRANBY, DOUGLAS CLARK<br>and ROBERT CASTLE<br>　　　　Defendants | MAY 12, 2004 |

## DEFENDANTS' RULE 56 STATEMENT OF FACTS

1.  On November 11, 2000, at approximately 21:29 hours, the Plaintiff, who was eighteen (18) years old, was operating a motor vehicle traveling eastbound on East Granby Road in Granby, Connecticut. Exhibit A, Police Report; Exhibit B, Affidavit of Clark,

2.  Officer Clark, from the Granby Police Department, was on-duty, monitoring traffic at the intersection of East Granby Road and Park Place. Exhibit B, Affidavit of Clark.

3.  The Plaintiff passed Officer Clark, and Officer Clark observed that the Plaintiff's motor vehicle had inoperable tail lamps. Exhibit A, Police Report; Exhibit B, Affidavit of Clark.

4. As a result, Officer Clark affected a motor vehicle stop. Exhibit B, Affidavit of Clark.

5. While the stop was occurring, Officer Clark observed furtive movements of the occupants in the motor vehicle. Officer Clark also noticed both rear passengers bend forward as if to reach for or conceal an item underneath the front seat. Exhibit A, Police Report; Exhibit B, Affidavit of Clark.

6. After stopping the motor vehicle, Officer Clark approached the motor vehicle to speak with the Plaintiff. Exhibit B, Affidavit of Clark.

7. While Officer Clark was talking with the Plaintiff, Officer Castle arrived at the scene. Exhibit A, Police Report.

8. Officer Castle got out of his patrol car and assumed position, approximately fifteen (15) feet away from the Plaintiff's motor vehicle. Exhibit C, Deposition of Castle, pg. 36.

9. While Officer Clark was taking with the Plaintiff he observed that the Plaintiff appeared extremely nervous. Exhibit A, Police Report.

10. The Plaintiff apologized to Officer Clark repeatedly and stated that a fuse must have blown. Exhibit A, Police Report.

11. Officer Clark used a flashlight to look in the motor vehicle. While looking inside of the motor vehicle he noticed several bottles of alcoholic beverages. Exhibit B, Affidavit of Clark.

12. The bottle were still cold, and Officer Clark could see condensation on the bottles. The bottles were hidden underneath the seats. Exhibit B, Affidavit of Clark.

13. Officer Clark asked the Plaintiff to step outside of the motor vehicle and Officer Clark performed a Terry pat down of the Plaintiff. Exhibit B, Affidavit of Clark.

14. Officer Clark observed alcohol on the Plaintiff's breath and smelled marijuana on the Plaintiff. Exhibit B, Affidavit of Clark.

15. The Plaintiff told Officer Clark that he had used marijuana about one (1) to two (2) hours earlier. Exhibit B, Affidavit of Clark.

16. Officer Clark performed a Horizontal Gaze Nystagmus test on the Plaintiff and noticed that the Plaintiff's eyes lacked smooth pursuit. Exhibit B, Affidavit of Clark.

17. The Plaintiff admitted drinking alcoholic beverages prior to the stop. Exhibit A, Police Report; Exhibit B, Affidavit of Clark.

18. The Plaintiff was subsequently handcuffed and charged with Possession of Alcohol by a Minor, General Statutes §30-89b; and Failure to Have Tail Lamps, General Statutes §14-96c. See Exhibit A, Police Report; Exhibit B, Affidavit of Clark.

19.     He was also given a written warning for Failure to Have Tail Lamp, General Statutes §14-96c; and Possession of Alcohol by a Minor in a Motor Vehicle, General Statutes §14-111a. Exhibit A, Police Report.

20.     The Plaintiff was transported to Granby Police Department by Officer Clark and was fingerprinted and processed. Exhibit A, Police Report.

21.     He was released later that night on a Five Hundred ($500.00) Dollars non-surety bond. Exhibit A, Police Report.

22.     The Plaintiff performed twenty (20) hours of community service in exchange for a nolle. See Exhibit D, Plaintiff's Deposition, pg. 44; Exhibit E, Records from Criminal Court.

23.     The Plaintiff alleges that when he was patted down by Officer Clark, Officer Clark "grabbed plaintiff's crotch and said, 'You haven't been felt like this in a long time, you faggot.'" See Amended Complaint, ¶ 10.

24.     While at the Granby Police Department, the Plaintiff alleges that Officer Clark "threatened to put a wig on the plaintiff and place him in a cell with 'Bubba,' a large man supposedly located in the rear of the jailhouse who impliedly would be in a position to sexually assault the plaintiff." Amended Complaint, ¶ 17.

THE DEFENDANTS,
TOWN OF GRANBY, DOUGLAS CLARK
and ROBERT CASTLE

By: /s/ J. A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly
72 Russ Street
Hartford, CT 06103
Tel. (860) 278-2650
Federal Bar No. CT24009

**CERTIFICATION**

I, Josephine A. Spinella, attorney for the Defendants, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 12th day of May, 2004 to:

Patsy M. Renzullo
65 Elm Street
P.O. Box 718
Winsted, CT 06098

By: /s/ J. A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly

nai-love/rule 56 statement of facts.051004