# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEAN A. LOVE : | CASE NO. 302CV1960(EBB) |
|     Plaintiff : | |
| : | |
| v. : | |
| : | |
| TOWN OF GRANBY, DOUGLAS CLARK : | |
| and ROBERT CASTLE : | |
|     Defendants : | MAY 12, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendants, Town of Granby, Douglas Clark and Robert Castle, have manually filed the following document or thing:

All exhibits attached to Defendants' Rule 56 Statement of Facts

This document has not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[   ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

THE DEFENDANTS,
TOWN OF GRANBY, DOUGLAS CLARK
and ROBERT CASTLE

By: /s/ J. A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly
72 Russ Street
Hartford, CT 06103
Tel. (860) 278-2650
Federal Bar No. CT24009

## CERTIFICATION

I, Josephine A. Spinella, attorney for the Defendants, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 12th day of May, 2004 to:

Patsy M. Renzullo
65 Elm Street
P.O. Box 718
Winsted, CT 06098

By: /s/ J. A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly

Nai-love/notice of manual filing.051204