UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEAN A. LOVE | : CASE NO. 302CV1960 (EBB) |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| TOWN OF GRANBY, DOUGLAS CLARK and | : |
| ROBERT CASTLE | : |
| Defendants | : MAY 12, 2004 |

## REQUEST TO FILE DISPOSITIVE MOTION OUT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Defendants, Town of Granby, Douglas Clark and Robert Castle, in the above-captioned matter, hereby request the Court's permission to file a Motion for Summary Judgment out of time. In support of their request, the Defendant's assert that, through discovery, they have learned that several of Plaintiff's claims must fail as a matter of law.

The Defendant's submit that the deadline for filing dispositive motions was May 1, 2004.

The Defendants represent that, pursuant to Local Rule of Civil Procedure 7(b)(3), the attorney for the Plaintiff was contacted with respect to his position regarding this request and that Plaintiff's attorney did not respond. As such, the Defendants cannot ascertain opposing counsel's position with regard to this request. Plaintiff's counsel