FILED
Jun 7 10 23 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEAN A. LOVE | : | CASE NO. 302CV1960(EBB) |
| Plaintiff | : | |
| V. | : | |
| | : | |
| | : | |
| TOWN OF GRANBY, DOUGLAS CLARK | | |
| and ROBERT CASTLE | : | |
| Defendants | : | JUNE 4, 2004 |

## PLAINTIFF'S LOCAL RULE 9(2)2 STATEMENT

PART A.    RESPONSE TO DEFENDANTS' STATE OF FACTS

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Denied. It was more than "a Terry pat down."

14. Admitted.

15. Admitted.

16. Admitted, but I call it a field sobriety test.

17. Denied.

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

24. Admitted.

PART B.   ISSUES OF MATERIAL FACT

1. Whether in fact Officer Clark grabbed plaintiff's scrotum and said, "You haven't been felt like this in a long time, you faggot." Plaintiff's Exhibit A.

2. Whether Officer Clark called plaintiff a "faggot." Plaintiff's Exh. A.

3. Whether defendant officers led plaintiff to believe that he had been arrested for driving under the influence of alcohol and/or drugs. Plaintiff's Exh. A.

4. Whether defendant officers gave plaintiff a breathalyzer test at the police station. Plaintiff's Exhibit A.

5. Whether defendant officers intimidated plaintiff at the police station. Plaintiff's Exhibit A.

6. Whether defendant Castle was properly supervising defendant Clark on November 11, 2000. Plaintiff's Exhibits A, C, D and E.

7. Whether defendant Town of Granby's prior attempts to discipline defendant Clark were serious and adequate  Plaintiff's Exhibits D and E..

8. Whether defendant Town of Granby had a "hands off" policy with respect to operation of its police department. Plaintiff's Exhibits D and E.

PLAINTIFF

By /s/ Patsy M. Renzullo
Patsy M. Renzullo
65 Elm Street, P.O. Box 718
Winsted, CT 06098
860-379-9885
Fed. Bar No. CT 11058

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 6-5-04 ~~the above date~~ to counsel as follows:

Attorney Frank Szilagyi
Silvester & Daly
72 Russ Street
Hartford, CT 06106

_____
Patsy M. Renzullo
Commissioner of the Superior Court