## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEAN A. LOVE | : | CASE NO. 302CV1960 (EBB) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF GRANBY, DOUGLAS CLARK | : | |
| and ROBERT CASTLE | : | |
|     Defendants | : | JUNE 17, 2004 |

## **MOTION TO STRIKE PLAINTIFF'S EXHIBIT**

     The Defendants, Town of Granby, Douglas Clark and Robert Castle, hereby submit this Motion to Strike Plaintiff's Exhibit.  The Defendants submit that the Plaintiff, Sean A. Love, improperly attached the statement of Ky Schieb to his Opposition to Motion for Summary Judgment.  The Defendants argue that the court should strike the statement of Ky Schieb, which is Exhibit F of Plaintiff's Opposition to Motion for Summary Judgment, because it is inadmissible hearsay.  Additionally, the statement is improper because it is unsworn and does not purport to acknowledge that its contents are true, under the penalty of perjury.

     The reasons that support this Motion are more fully set forth in the accompanying Memorandum of Law.

For the foregoing reasons, the Defendants, Town of Granby, Douglas Clark and Robert Castle, respectfully request that the court should grant their Motion to Strike.

        THE DEFENDANTS,
        TOWN OF GRANBY, DOUGLAS CLARK
        and ROBERT CASTLE


By:_____
    JOSEPHINE A. SPINELLA
    Silvester & Daly
    72 Russ Street
    Hartford, CT 06106
    Tel. (860) 278-2650
    Federal Bar No. CT24009

## **CERTIFICATION**

     I, Josephine A. Spinella, attorney for the Defendants, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 17th day of June, 2004 to:

Patsy M. Renzullo
65 Elm Street
P.O. Box 718
Winsted, CT 06098

                                                By:_____
                                                    JOSEPHINE A. SPINELLA
                                                    Silvester & Daly

Nai-love/mot. to strike.061704