UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SEAN A. LOVE,                               NO. 302CV1960(EBB)

       plaintiff

v.

TOWN OF GRANBY
DOUGLAS CLARK
ROBERT CASTLE,

       defendants                    JULY 6, 2004

**APPEARANCE**

Please enter the appearance of WILLIAM T. BARRANTE for the plaintiff in the above action.

William T. Barrante
P.O. Box 273
Watertown, CT 06795
(860) 379-9885
Telefax (860) 738-4906
Fed. Bar No. 10677

CERTIFICATION

I certify that on the above date a copy of the foregoing was mailed to defendants' counsel, as follows:

Atty. Frank Szilagyi
Silvester & Daly
72 Russ Street
Hartford, CT 06106

William T. Barrante
Renzullo & Associates