FILED

JUL 15  2 13 PM '04

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SEAN A. LOVE : | CASE NO. 302CV1960 (EBB) |
|     Plaintiff : | |
| : | |
| v. : | |
| : | |
| TOWN OF GRANBY, DOUGLAS CLARK : | |
| and ROBERT CASTLE : | |
|     Defendants : | JULY 14, 2004 |

### MOTION IN LIMINE

The Defendants, Town of Granby, Douglas Clark and Robert Castle, hereby submit this Motion in Limine directed at precluding the testimony of the Plaintiff's proposed witness, Ky Schieb. The Defendants assert that the Plaintiff never made Mr. Schieb available for a deposition. Moreover, despite his continuing duty to disclose, the Plaintiff never produced Mr. Schieb's correct address to the Defendants so that they could properly subpoena him for a deposition. Therefore, the Defendants now move to preclude Mr. Schieb from testifying at trial.

The reasons that support this Motion are more fully set forth in the accompanying Memorandum of Law.

For the foregoing reasons, the Defendants, Town of Granby, Douglas Clark and Robert Castle, respectfully request that the court grant their Motion in Limine.

THE DEFENDANTS,
THE TOWN OF GRANBY, DOUGLAS CLARK
and ROBERT CASTLE

By: /s/ J. A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly
72 Russ Street
Hartford, CT 06103
Tel. (860) 278-2650
Federal Bar No. CT24009

## CERTIFICATION

I, Josephine A. Spinella, attorney for the Defendant, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 14th day of July, 2004 to:

Patsy M. Renzullo, Esq.
65 Elm Street
P.O. Box 718
Winsted, CT 06098

By: /s/ J. A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly

nai-love/mot.limine.070904