Case 3:02-cv-01960-EBB    Document 62-2    Filed 07/15/2004    Page 1 of 7

## SILVESTER & DALY
### ATTORNEYS AT LAW

GEORGE A. SILVESTER
FRANK J. SZILAGYI*
ROBERT F. KAPPES**

JOSEPHINE A. SPINELLA

* ALSO ADMITTED IN MASSACHUSETTS
** ALSO ADMITTED IN CALIFORNIA

72 RUSS STREET
HARTFORD, CONNECTICUT 06106
(860) 278-2650
FACSIMILE (860) 727-9243
www.silvester-daly.com

EDWARD J. DALY, JR.
(1929-2002)

WRITER'S EMAIL ADDRESS:
jspinella@silvester-daly.com

June 30, 2003

VIA FACSIMILE (860) 738-4906

Patsy M. Renzullo, Esq.
Renzullo & Associates
65 Elm Street
P.O. Box 718
Winsted, CT 06098

Re:     **Sean A. Love v. Town of Granby, et al**

Dear Attorney Renzullo:

Please consider this a follow up to my conversation on June 27, 2003, with Attorney Bill Barrante from your office. Prior to our conversation on June 27, 2003, I gave Attorney Barrante a list of dates for depositions in this matter. Attorney Barrante notified me that you would not be available on the majority of the dates as you will be out of the office from July 12, 2003, through July 23, 2003. As you are aware, however, the court's scheduling order requires us to have the deposition of Dr. Nelken completed by September 1, 2003. This office would like to depose the Plaintiff, Debbie Bishop, Ky Schieb, Amy Balfour, Jamie Leifert and Eliza Love before we depose Dr. Nelken. It will, therefore, be necessary to depose these witnesses as soon as possible.

This office would like to begin deposing the witnesses in July. Although you will be out of the office during our proposed dates for these depositions, perhaps your associate, Attorney Barrante, is available to attend the depositions.

Additionally, I requested from Attorny Barrante, the addresses of the witnesses listed above. It is my understanding from our conversation on June 27, 2003, that your office cannot locate Ky Scheib. It is also my understanding that Eliza Love is now married and living in Maryland. We are considering the possibility of deposing her in Maryland and would like to know her address there. As such, please forward us her present address.

**SILVESTER & DALY**

Patsy M. Renzullo, Esq.
June 30, 2003
Page 2

       Should you have any questions, please do not hesitate to contact me.

       Very truly yours,

       JOSEPHINE A. SPINELLA

JAS:slp

nai-love/renzullo-corr.063003

Case 3:02-cv-01960-EBB    Document 62-2    Filed 07/15/2004    Page 4 of 7

# SILVESTER & DALY
## ATTORNEYS AT LAW

GEORGE A. SILVESTER
FRANK J. SZILAGYI*
ROBERT F. KAPPES**

JOSEPHINE A. SPINELLA

* ALSO ADMITTED IN MASSACHUSETTS
** ALSO ADMITTED IN CALIFORNIA

72 RUSS STREET
HARTFORD, CONNECTICUT 06106
(860) 278-2650
FACSIMILE (860) 727-9243
www.silvester-daly.com

EDWARD J. DALY, JR.
(1929-2002)

WRITER'S EMAIL ADDRESS:
fszilagyi@silvester-daly.com

August 18, 2003

William Barrante, Esq.
65 Elm Street
P.O. Box 718
Winsted, CT 06098

Re:  **Sean A. Love v. Town of Granby, et al**

Dear Attorney Barrante:

Please be advised that this office would like to depose Ky Scheib. Kindly forward us his address at your earliest convenience.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

JOSEPHINE A. SPINELLA

JAS:slp

nai-love/barrante-corr.081803

Case 3:02-cv-01960-EBB   Document 62-2   Filed 07/15/2004   Page 6 of 7

## SILVESTER & DALY
### ATTORNEYS AT LAW

GEORGE A. SILVESTER
FRANK J. SZILAGYI*
ROBERT F. KAPPES**

JOSEPHINE A. SPINELLA

* ALSO ADMITTED IN MASSACHUSETTS
** ALSO ADMITTED IN CALIFORNIA

72 RUSS STREET
HARTFORD, CONNECTICUT 06106
(860) 278-2650
FACSIMILE (860) 727-9243
www.silvester-daly.com

EDWARD J. DALY, JR.
(1929-2002)

WRITER'S EMAIL ADDRESS:
jspinella@silvester-daly.com

January 8, 2004

**VIA FACSIMILE & REGULAR MAIL**

Patsy M. Renzullo, Esq.
Renzullo & Associates
65 Elm Street
P.O. Box 718
Winsted, CT 06098

Re:   **Sean A. Love v. Town of Granby, et al**

Dear Attorney Renzullo:

Please be advised that the Plaintiff, Sean Love, had a medical examination with Walter Borden, M.D. on January 7, 2004. During the examination, Mr. Love indicated that he had been hospitalized twice since his last appointment with Dr. Borden, on August 15, 2003. Accordingly, kindly forward any and all medical records and reports regarding Mr. Love's hospitalizations to this office at your earliest convenience.

Additionally, this office has yet to receive from your office, an address for Ky Schieb. If your office fails to produce Mr. Schieb for a deposition before the discovery deadline, we will be forced to file a motion to preclude his testimony at trial.

Finally, please provide us with convenient dates for the deposition of Sean Love and his mother.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

JOSEPHINE A. SPINELLA

JAS:slp
nai-love/renzullo-corr.010704