UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SEAN A LOVE

v.                              Case No.  3:02-CV-1960 (EBB)

TOWN OF GRANBY, ET AL.

FILED
JUL 22  9:49 AM '04

ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge

___ A ruling on all pretrial motions except dispositive motions

___ To supervise discovery and resolve discovery disputes

_X_ A ruling on the following motions which are currently pending: Doc.# 46 Motion for Summary Judgment_____

___ A settlement conference

___ A conference to discuss the following:

___ Other:_____

SO ORDERED this 21st day of July, 2004 at New Haven, Connecticut.

_____
SENIOR UNITED STATES DISTRICT JUDGE