FILED

Jul 22  2 55 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SEAN A. LOVE,                                        NO. 3:02CV1960(EBB)

        Plaintiff

V.

TOWN OF GRANBY, ET AL.,

        Defendants                                JULY 21, 2004

## OBJECTION TO DEFENDANTS' MOTION IN LIMINE

The defendants have filed a Motion in Limine, dated July 14, 2004, to preclude plaintiff's calling of Ky Schieb as a witness on the purported ground that plaintiff never made Mr. Schieb available for deposition. The plaintiff strenuously objects to this motion on the following grounds:

1. Defendants' assertion that "the Plaintiff never made Mr. Schieb available for a deposition" is completely false. A deposition was scheduled for May 18, 2004, and, at the last minute, it was called off by Attorney Szilagyi, defendants' counsel, supposedly because Attorney Szilagyi had a conflict for that date.

2. Throughout most of the case Mr. Schieb's whereabouts were unknown. As soon as plaintiff's counsel found Mr. Schieb, Attorney William T. Barrante, of Renzullo & Associates, plaintiff's counsel, informed Attorney Szilagyi's secretary that Mr. Schieb's address was 140 Maple Street, Winsted. This was incorrect because when Mr.

Schieb had earlier spoken to Attorney Barrante on the telephone and gave his address, Attorney Barrante heard it wrong and wrote down "140" instead of 134 Maple Street, the correct address. Attorney Barrante later informed Attorney Szilagyi's office of the correct address.

3. Attorney Szilagyi never rescheduled that deposition even though he had the Court's permission to conduct it beyond the Scheduling Order.

4. Plaintiff's counsel had informed Mr. Schieb that his deposition would be taken on May 18, 2004 and Mr. Schieb was ready to come to the deposition. Mr. Schieb had to be told by this law firm not to come because of Attorney Szilagyi's cancellation. Mr. Szilagyi never advised this office that he would not conduct a deposition of Mr. Schieb unless he could subpoena him. It was not necessary for Attorney Szilagyi to subpoena Mr. Schieb.

5. Plaintiff's counsel also provided Attorney Szilagyi with a copy of a transcribed statement taken by plaintiff's counsel made by Ky Schieb on March 16, 2001 and therefore the substance of Mr. Schieb's testimony will be no surprise to the defendants or Attorney Szilagyi. (See Exhibit A appended to this Objection).

6. An Affidavit of Attorney William T. Barrante is appended to this Objection and marked Exhibit B, in support of the representations herein made.

7. Plaintiff also objects to defendants' Motion in Limine because the three exhibits (A, B and C) supposedly attached to defendants' Memorandum of Law in Support of Motion in Limine were not attached to plaintiff's copy of the Memorandum, in violation of Rule 7(e), Local Rules of Civil Procedure.

PLAINTIFF

By_____
Patsy M. Renzullo
P.O. Box 718
Winsted, CT 06098
(860) 379-9885
Telefax (860) 738-4906
Fed. Bar No. 11058

## CERTIFICATION

I hereby certify that a copy of the foregoing Objection was mailed on the above date to Attorney Frank Szilagyi, Silvester & Daly, 72 Russ Street, Hartford, CT 06106.

_____
Patsy M. Renzullo
Commissioner of the Superior Court