Statement of:   Ky Schieb

Place:          Renzullo Law Office

Date:           March 16, 2001

Time:           2:53 p.m.

Q: What's your name Sir?
A: Ky Schieb

Q: How do you spell Ky?
A: K-y

Q: How old are you?
A: 22

Q: Do you work or go to school?
A: I'm on disability now.

Q: What kind of disability Ky?
A: Physical disability.

Q: What kind of disability do you have, Sir?
A: Well, they think it is emotional from long term abuse when I was a kid.

Q: How long have you been on social security disability?
A: About a year.

Q: Now you give this statement voluntarily?
A: Yes.

Q: You will give a true statement?
A: Yes.

Q: Do you know an individual named Sean Love?
A: Yes.

Q: Do you recall an incident on November 11, 2000?
A: Yes.

EXHIBIT A

Q: What were doing on November 11, 2000?
A: We were going to Club Avalon.

Q: By "we" who are you referring to?
A: Sean Love, Amy Belfour, Jaime Leifert and myself.

Q: So sometime in the evening you four hooked up. How did that happen?
A: I don't know what happened beforehand, but Sean came and picked me up.

Q: Approximately what time?
A: Between 7 p.m and 8 p.m.

Q: After he picked you up, where did you go?
A: We went to Jaime Leifert's house.

Q: So about what time did you arrive at Jaime Leifert's house?
A: I only live like a block down from her house so it only takes a couple of minutes.

Q: So where does she live?
A: She lives on Gilbert Avenue, Winsted, CT.

Q: Where do you live Sir?
A: Oak Street, Winsted, CT.

Q: So you arrived with Sean at Jaime's house. Did you go in?
A: No.

Q: You stayed in the car?
A: Yes.

Q: How long were you in the car before they came out?
A: Probably around ten minutes.

Q: So then the ones that came out were Sean, Amy, and Jaime I take it?
A: Yes.

Q: So what was the plan that night?
A: The plan was that we were going to go to Club Avalon.

Q: Where is Club Avalon?
A: Somewhere around East Windsor.

2

Q: So you planned on going to a club?
A: Yes.

Q: So about what time did you leave Jaime's house?
A: Probably a little before 9 p.m.

Q: Was it before 8:30 p.m.?
A: No.

Q: So it was between 8:30 p.m. and 9 p.m.
A: Yes.

Q: So then Sean proceeded towards the club, is that correct.
A: Correct.

Q: Then what happened?
A: Then, I guess Sean had a blown fuse in his car, so the brake lights weren't working and we were going through Granby, and a cop was on the side road parked, and we stopped at a stop sign and we drove by him and he saw us and he pulled up behind us and pulled us over.

Q: So Sean pulled over and then what happened?
A: The cop was asking about the lights.

Q: First, let me back up, was there one policeman or two?
A: At first there was one and then another very shortly after showed up.

Q: By one, do you mean one car?
A: There were two cars.

Q: Ok there were two cars, but in the first car was there one policeman or two?
A: I am pretty sure there was just one.

Q: So the policeman got out of the car and approached the car, is that correct?
A: Yes.

Q: So what did he say to Sean?
A: He told him about why he pulled him over, and he asked where we were going, what we were up to for the night.

Q: Do you remember Sean's responses?
A: Yes, Sean said we were just going to the club.

3

Q: So then what happened?
A: Then the cop asked him if he was under the influences of any alcohol or any drugs, which he said, "No." Then they looked at his registration, insurance and all of that, and right about then the other cop showed up and they asked Sean to step out of the car.

Q: So a second police car arrived?
A: Yes.

Q: Which policeman asked him to step out of the car?
A: I don't remember the officer's names.

Q: No, was it the younger one or the older one?
A: Pretty sure it was the younger one.

Q: So then what happened?
A: The officer told him to put his hands on the hood and patted him down, and at that point when he was patting him down, the cop grabbed his crouch, his testicles and I had the car window down because the cops had asked me a couple of questions to see if our stories were matching up that we were going to the club, and Sean was like "WOW" and he stepped back and they told him to get his hands back on the hood. The cop said something about him being a "faggot" and he "probably liked it" or something along those lines. I know he said that he "liked it" and that he was "probably a faggot."

Q: All right so then what happened?
A: Then the cop asked if there was any drugs or alcohol in the car. Sean said, "No." Then they searched and they found a forty ounce bottle that was by me and I had started drinking right before. There was even a quarter of it gone. I had another forty that wasn't even open yet that was tucked under the seat.

Q: So there were two bottles of beer that were yours?
A: Yes. Then they found alcohol that Jaime had brought, some St. Ides, Butterscotch schnapps and there might have been one other thing. But Sean hadn't been drinking at all.

Q: So he didn't have anything at all?
A: Coffee.

Q: Why was he drinking coffee?
A: I think because he got out of work that day.

Q: Plus he was driving.
A: Yes. Maybe to stay up because it was going to be a late night.

4

Q: So he has been searched. Did they order you out of the car?
A: Once they saw that I had a forty, they had asked who bought the alcohol, this was before they found anything else and they pulled me out of the car and took my ID to make sure I was 21. They proceeded to search through the car and asked me if there was any other alcohol in the car. I said I wasn't sure. Then they found their alcohol and the cop said something like, "looks like you bought more than you said, it looks like your fucked now." That's when they put the handcuffs on me and put me in the car. While I was in the car they were doing a sobriety test on Sean. They were having him touch his nose and stuff. He wasn't under the influence or anything but he was nervous and kind of shaky, so he was having a hard time balancing on one foot, and touching his nose a little shaky. They failed him on the field sobriety test. Then they cuffed him and put him in the same car as me. While they asked the girls questions.

Q: You were in the police car?
A: Yes, so I don't know what they asked the girls.

Q: Were they asking them questions outside of Sean's car or inside of his car?
A: In his car for a while, then they pulled them out. I guess they were trying to decide if they were going to charge the girls also.

Q: Did you see them frisk the girls?
A: Yes.

Q: The male cop frisked the girls?
A: Yes.

Q: The younger cop or the older?
A: I'm not sure which one.

Q: Did you see how they frisked them?
A: Yes, they put them up against the car. They were wearing clothes for the club, I don't remember exactly what they were wearing, but it was tight clothes, they might even been wearing a skirt, not exactly sure. But yes the cop patted them down.

Q: Did you see them touch any particular parts of their body?
A: I didn't see them because his back was to me, but I saw him touching her legs and her sides and around the front but I don't know where on the body he was actually grabbing.

Q: Which girl are you referring to Jaime or Amy, or both?
A: Both.

5

Q: Did he touch their backsides at all?
A: Yes they pretty much touched everything just to make sure that they weren't hiding drugs or anything. They were determined to find drugs in the car or on one of our persons.

Q: Why do you believe that?
A: Because they kept on saying to Sean and I, "We know there is drugs in the car. Where's the drugs? Where's the drugs?" and that's when they found all the alcohol, when they were tearing apart the car looking for drugs.

Q: When you say tearing apart the car, what did they do to tear apart the car?
A: They pretty much pulled everything out of the car that wasn't attached.

Q: Did they take the seats out?
A: No, they didn't take the seats out.

Q: Did they check the trunk?
A: Yes, they checked the trunk.

Q: Did they check the glove box?
A: Yes, they checked the glove box, gas tank, the cracks in the seats, underneath the dash.

Q: So then what happened?
A: At that point they really didn't find anything. I guess they decided to charge the girls, so they cuffed them and put them in the other car. Then we went down to the station.

Q: Who took you down to the station?
A: It was the younger cop, who brought Sean and I.

Q: It wasn't the second policeman that arrived?
A: No it was the younger.

Q: The one who made the stop?
A: Yes.

Q: Were you then brought to the station?
A: Yes.

Q: The girls were left at the scene?
A: No they brought the girls too.

Q: At the same time?
A: Yes, I think just in different cars.

6

Q: But you left separately?
A: Yes.

Q: Did you leave alone with the policeman or with Sean too?
A: I was also with Sean.

Q: So while you and Sean were bring transported to the police station together was there any conversation with the policeman in the car?
A: Not really we pretty much stayed quiet the whole time.

Q: What happened at the police station?
A: Well they took the two girls some place else. They put us in they put us in a caged bullpen.

Q: Then what happened?
A: At that point we got into a little conversation with the cop. We were trying to figure out what was going on, whether we had to go to jail or not. They said they try not to keep anybody if at all possible over night. So we got a little relieved and that's when they gave Sean a breathalyzer test, which came back negative.

Q: So you both are in this cage and they took Sean out first?
A: Yes.

Q: Could you still see what was going on because it was basically in the same room?
A: Yes it was divided by a chain-linked fence.

Q: All right so they take him to the breathalyzer machine. What did you hear?
A: Well I heard that he passed. When he came back in he told me. It was only two feet away I could watch the whole thing.

Q: So they start talking to you?
A: No. First, when Sean passed the breathalyzer test, he was asking if his charges would be dropped and they told him to pretty much shut his mouth and if he kept on asking questions they would give him a urine test because it would be more accurate to see if he was really under the influence of anything.

Q: So they had already given him a breath test and now they were threatening to give him a urine test.
A: Yes.

Q: So then what happened?
A: We were talking and I asked if I could go to the bathroom. He brought me back to where the holding cells are to go to the bathroom.

7

Q: By "he" you are referring to the younger policeman?
A: Yes. At that point when I got back, I guess Sean and the younger cop were in some kind of conversation and the cop was saying something about he had a wig in the drawer in the desk where he was working at, and that Bubba was in the back where the holding cells were and if he kept asking questions they were going to put him in the back overnight with Bubba in the back, as if there is some gay guy in the back that would rape him or something.

Q: When you use the term "Bubba," you are referring to a gay guy.
A: Yes. The stereotypical large male that would rape him.

Q: What exactly was the policeman saying?
A: Pretty much exactly that, that he had a wig in the drawer and would make Sean wear it and go in the back in the cell with Bubba.

Q: With Bubba?
A: Yes.

Q: A big guy?
A: Yes.

Q: What did Sean say?
A: Sean was a little nervous about it. I thought it was all kind of funny.

Q: But do you think Sean believed him?
A: Well Sean hasn't really done much as far as jail time goes, I have served a little bit of time myself so I know a little bit more of what goes on inside the walls of jail a little more than Sean does. I think I would have said something, but I didn't think he was taking it seriously.

Q: Was he?
A: Yes, he was shaking but I thought it was because he thought he might be arrested.

Q: Did he seem visibly upset?
A: Yes he was shaking and he was sweating a little bit.

Q: What part of his body was shaking?
A: His legs were shaking and he was playing with his fingers and stuff, just like nervous and anxious.

8

Q: So then what happened after the policeman told him Bubba was in the back room?
A: At that point they started fingerprinting us and doing the paperwork, and they started talking about jail and going to prison and stuff like that. It didn't really bother me because I have been there. The cop was like, "See he has been there, you should ask him," and he was telling Sean about all horrible things that happen in jail to make him nervous or scared. It seemed like they were playing a little head game. They had pretty foul language too.

Q: What did they say?
A: It was like always little comments. Mostly to Sean, not to me, because they knew that since I had been in jail they knew that I knew what really goes on it and it is not as bad as what people make it out to be. They really didn't pick on me. They just picked on him because they knew he hadn't served any amount of time.

Q: Do you remember any more comments they said?
A: When they took the pictures to put on the arrest sheet or whatever, they were saying Sean looked "real pretty" in his picture and that he was "cute."

Q: After they finished processing you, what time did you leave the jailhouse?
A: Sean and I got done with the processing probably around 11:30, 12:00.

Q: How did you leave? Did they allow you to drive away with Sean?
A: No. Sean's parents came and picked us up.

Q: When you left the girls were still at the jailhouse?
A: Yes. The girls hadn't been processed yet.

Q: Now do you remember any other thing that might be helpful that you have forgotten in your statement?
A: Just that one point when the cop asked if there were any drugs in the car, Sean persistently told him that there wasn't. The cop said that he smelled drugs in the car, particularly marijuana, but there wasn't anything in there. The cop said "Don't fucking lie to me just tell me where the drugs are and make this easier on yourself."

Q: Ok so did he use the "F" word alot?
A: Yes.

Q: Was that the only time they used it?
A: No it wasn't the only time. I don't remember specifically. I know they said it more but I don't remember which conversations specifically they used the word. I just know that they used profanity for most of the conversations and words like calling him "faggot" and a "homo."

9

Q: You heard them say these words more than once?
A: Twice.

Q: How did Sean react?
A: He really didn't react because he was there with his hands on the hood, and you really can't say nor do anything. He just jumped a little bit and was like "wow."

Q: Once again while you were at the police station you saw him shake?
A: Yes.

Q: And it was visible?
A: Yes. He didn't say anything, he put his head down and his legs started shaking and he started twiddling his fingers and his face started to get glossy from sweat.

Q: Was his face red?
A: Yes. His cheeks were red and flushed.

Q: Ok you testified earlier about the wig. You said the cop waived the wig around.
A: I didn't see him waive around but they said they had it in the drawer.

Q: Did he act like he was looking for it?
A: Yes, he was fishing through the drawers. He was like, "I know I got a wig in here."

Q: Do you think the cops were abusive that night?
A: Yes. A lot more than they needed to be.

Q: Were they both abusive, or just the younger one?
A: They were both abusive as far as the language, but they also played "good cop" and "bad cop" on us. The older one played more of "we should just throw them in jail and put them in the back with Bubba." The younger one was like, "Oh we really don't like to try to keep people here." The whole time they were trying to make us nervous and keep us on edge.

Q: Well which one the younger one or the older one was the one who was claiming he was searching for a wig?
A: The younger one. The younger one was doing the processing.

Q: The younger one was also the one that grabbed Mr. Love's scrotum?
A: Yes.

10

Q: We will prepare a written transcript and send it to you for your review. If there are any errors, feel free to correct then, sign it and get it back to me. Fair enough?
A: Works for me.

Thank you.

The above is true and accurate to the best of my knowledge and belief.

Date Signed: _____       _____
                                            Ky Schieb

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SEAN A. LOVE,                                          NO. 3:02CV1960(EBB)

       Plaintiff

V.

TOWN OF GRANBY, ET AL.,

       Defendants                                      JULY 21, 2004

### AFFIDAVIT OF WILLIAM T. BARRANTE

The undersigned, being duly sworn, hereby says:

1. I am one of plaintiff's attorneys in the above case.

2. I have worked on this case since its inception.

3. At the time defendants' counsel were about to take the depositions of plaintiff's witnesses we tried to locate Ky Schieb, who was a passenger in Sean Love's car when he was stopped by defendant Clark on November 11, 2000.

4. We could not locate him but learned that his father was in western Massachusetts.

5. Attorney Renzullo obtained eleven sheets of information from an Internet search service regarding Ky L. Schieb and Michael R. Schieb (his father) and faxed them to Attorney Josephine A. Spinella on March 18, 2004.


EXHIBIT B

6.      On March 29, 2004, Attorney Renzullo wrote to Michael R. Schieb in Chicopee, Massachusetts, about his son's whereabouts.

7.      Under the Scheduling Order, the deadline for deposing fact witnesses was March 31, 2004. On April 21, 2004, Attorney Szilagyi requested permission to depose Mr. Schieb outside of the Scheduling Order because of plaintiff's counsel's inability to locate Mr. Schieb. The plaintiff did not object to this motion.

8.      Michael R. Schieb apparently contacted his son Ky and asked him to call Attorney Renzullo's office, because Ky Schieb called Attorney Renzullo's office and spoke to me.

9.      Ky Schieb gave me his telephone number (860-379-5817) and his address, 134 Maple Street, Winsted, Connecticut, but the undersigned mistakenly took down the house number as "140."

10.     Attorney Szilagyi noticed the deposition of Ky Schieb for May 18, 2004 at Attorney Renzullo's office located at 65 Elm Street, Winsted, less than one-half mile from Ky Schieb's residence.

11.     Plaintiff's counsel notified Mr. Schieb of the scheduling of the deposition and he agreed to be there.

2

I have read the above statements and they are true to the best of my information and belief.

_____
William C. Barrante

Subscribed to before me, this 21st day of July 2004.

_____
Patsy M. Renzullo
Commissioner of the Superior Court

## CERTIFICATION

I hereby certify that a copy of the foregoing ~~Objection~~ was mailed on the above date to Attorney Frank Szilagyi, Silvester & Daly, 72 Russ Street, Hartford, CT 06106.

_____
Patsy M. Renzullo
Commissioner of the Superior Court

4