UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SEAN A. LOVE                    :        NO. 302CV1960 (EBB)

      Plaintiff

VS.                             :

TOWN OF GRANBY, ET AL.

      Defendants          :        JULY 22, 2004

### MOTION FOR TESTIMONIAL USE OF DEPOSITION

The plaintiff, pursuant to Rule 32(a)(3)(D) of the Federal Rules of Civil Procedure, represents as follows:

1. The plaintiff alleges that the defendant Clark sexually assaulted him by grabbing his testicles during a search incidental to a motor vehicle stop.

2. One of his witnesses, a passenger in the motor vehicle, Jamie Leifert, formerly of 140 Rockwell Street, Winsted, Connecticut, is now living somewhere in the State of New York.

3. The plaintiff's counsel on July 3, 2004 delivered a subpoena to Marshal James Barber for service but Mr. Barber returned the subpoena and reported that he was advised by Ms. Leifert's parents that Ms. Leifert would be returning on or about July 17, 2004.

4. Marshal Barber because of vacation plans requested that the plaintiff's counsel redirect the subpoena to Constable Joseph Silano for service.

5.  Plaintiff's counsel redated the subpoena and gave it to Constable Joseph Silano for service upon Miss Leifert.

6.  Constable Silano attempted to serve the subpoena but was unable to because Miss Leifert did not come to Winsted on July 17, 2004 and her mother did not know "when she will even come to Winsted." The subpoena and Constable Silano's return are appended to this motion as Exhibit A.

7.  On July 31, 2003, Attorney Frank J. Szilagyi, representing the defendants, took the deposition of Jamie Leifert and she responded to his questioning under oath.

8.  The plaintiff has been unable to procure attendance of the witness by subpoena.

9.  In the interests of justice the jury should be allowed to hear Ms. Leifert's testimony.

WHEREFORE, the plaintiff moves that the deposition of Jamie Leifert be used in the trial of her case in lieu of her personal testimony and that Attorney Szilagyi be instructed to bring to the trial the original transcript of such deposition.

PLAINTIFF

By /s/ Patsy M. Renzullo
Patsy M. Renzullo
65 Elm Street, P.O. Box 718
Winsted, CT 06098
860-379-9885
Fed. Bar No. CT 11058

2

## CERTIFICATION

I hereby certify that on July 22, 2004, a copy of the foregoing was mailed to defendant's counsel:

Attorney Frank Szilagyi
Sylvester & Daly
72 Russ Street
Hartford, CT 06106

_____
Patsy M. Renzullo
Attorney for Plaintiff

3

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF  CONNECTICUT

SEAN A. LOVE

V.

TOWN OF GRANBY, ET AL.

**SUBPOENA IN A CIVIL CASE**

3:02CV1960 (EBB)
Case Number:[1]

TO:   Jamie Leifert
      140 Rockwell Street
      Winsted, CT  06098

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| 141 Church Street<br>New Haven, CT  06510 | No. 3, 2nd Floor |
| | DATE AND TIME |
| | Aug 4, 2004 10 AM |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF (ATTORNEY FOR PLAINTIFF) OR DEFENDANT)   DATE
[signature]  Comm. of the Superior Court     July 2, 2004

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Patsy M. Renzullo, 65 Elm St, Winsted, CT 06098  tp. 860 379 9885

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

**EXHIBIT A**

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF  CONNECTICUT

SEAN A. LOVE

V.

TOWN OF GRANBY, ET AL.

**SUBPOENA IN A CIVIL CASE**

Case Number: 3:02CV1960 (EBB)

TO:   Jamie Leifert
      140 Rockwell Street
      Winsted, CT  06098

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| 141 Church Street<br>New Haven, CT  06510 | No. 3, 2nd Floor |
| | DATE AND TIME |
| | Aug 4 2004 10 AM |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Comm. of the Superior Court | July 2, 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Patsy M. Renzullo, 65 Elm St, Winsted, CT 06098   tp. 860 379 9885

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.



# Joseph (Lefty) Silano

Home: 489-1607  
Cell Phone: 480-4307

Constable

22 Cook Street  
P.O. Box 1453  
Torrington, CT 06790

Patsy Renzullo, Esq.                                      7-17-04

Saturday morning I met with Mrs. Seifert at 220 Gilbert Ave., Winsted in ref. to serving Jamie Seifert.

She told me that Jamie did not leave New York & does not know when she will ever come to Winsted.

Returning subpoena unserved.

Lefty Silano