UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SEAN A. LOVE                     :        NO. 302CV1960 (EBB)

        Plaintiff

VS.                              :

TOWN OF GRANBY, ET AL.

        Defendants           :        JULY 22, 2004

## MOTION UNDER RULE 611(a), FEDERAL RULES OF EVIDENCE

The plaintiff, pursuant to Rule 611(a)(1) of the Federal Rules of Evidence, moves that defendants Clark and Castle, and any other police or law enforcement officer called as a witness, be precluded from appearing in court in uniform, as that circumstance may prejudice the plaintiff by bolstering the credibility of such witnesses.

PLAINTIFF

By _____
Patsy M. Renzullo
65 Elm Street, P.O. Box 718
Winsted, CT 06098
860-379-9885
Fed. Bar No. CT 11058

## CERTIFICATION

I hereby certify that on July 22, 2004, a copy of the foregoing was mailed to defendant's counsel:

Attorney Frank Szilagyi
Sylvester & Daly
72 Russ Street
Hartford, CT 06106

_____
Patsy M. Renzullo
Attorney for Plaintiff

2