FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUL 13 P 2: 58

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

SEAN A. LOVE

v.                                    CIV. NO. 3:02CV1960 (EBB)

TOWN OF GRANBY, ET AL

## RECOMMENDED RULING ON SUMMARY JUDGMENT

Plaintiff Sean Love brings this civil rights action under §1983 against the Town of Granby and Granby Police Officers Douglas Clark and Robert Castle, who arrested him. He alleges false arrest, false imprisonment, sexual assault, and battery in violation of his Fourth and Fourteenth Amendment rights under the United States Constitution.[1] Specifically, plaintiff contends that, as a result of the defendant officers' actions and remarks, repressed childhood memories of sexual assaults at the hand of his natural father flashed back and caused him serious psychological injuries.

Defendants move for summary judgment, contending that, based on the undisputed facts, they are entitled to judgment as a matter of law. For the reasons that follow, defendants' Motion for Summary Judgment **[Doc. #46]** is **GRANTED** in part and **DENIED** in part.

---

[1] Plaintiff contends that the sexual assault and battery claim is a violation of the Fourth and Fourteenth Amendments, not pendent state law claims as defendants assert.