# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEAN A. LOVE | : | CASE NO. 302CV1960 (EBB) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF GRANBY, DOUGLAS CLARK and ROBERT CASTLE | : | |
|     Defendants | : | JULY 27, 2004 |

## OBJECTION TO MOTION UNDER FEDERAL RULE OF EVIDENCE 611(a)

The Defendants, Town of Granby, Douglas Clark and Robert Castle, hereby submit this Objection to Motion under Federal Rule of Evidence 611(a), in which the Plaintiff, Sean A. Love, seeks to preclude the individual Defendants and any other law enforcement officers from appearing in their police uniforms at trial. In his one (1) sentence Motion, the Plaintiff argues that the Defendants should be precluded from attending the trial in their official police uniforms because appearing in their uniforms "may prejudice the plaintiff by bolstering the credibility of such witnesses." See Plt. Mot. Under Rule 611(a), dated July 22, 2004.

The Plaintiff's only support for this contention is Federal Rule of Evidence 611(a)(1). Rule 611(a)(1) provides in relevant part that "[t]he court shall exercise reasonable control of the mode and order of interrogating witnesses and presenting

evidence so as to (1) make the interrogation and presentation effective for the ascertainment of the truth." Fed. R. Evid. 611(a)(1).  Moore's Federal Rules explains that subsection (a)(1) "restates in broad terms the power and obligation of the judge as developed under common law principles.  It covers such concerns as whether testimony shall be in the form of a free narrative or responses to specific questions . . ., the order of calling witnesses and presenting evidence . . ., the use of demonstrative evidence . . ., and the many other questions arising during the course of a trial which can be solved by the judge's common sense and fairness in view of the particular circumstances." (Citations omitted.)  2 James Wm. Moore et al., Moore's Federal Rules § 611-4 [4] (2004).

      Moore's commentary suggests that the trial judge has discretion when ruling on a motion such as the present one.  The Plaintiff fails to offer any support where the court has precluded police officers or law enforcement officers from wearing their uniforms in court.  Furthermore, in this instance, the Plaintiff brought this law suit against Officer Castle and Officer Clark in their capacities as police officers.  The gravamen of the Complaint is that the Defendant police officers violated the Plaintiff's constitutional rights when they arrested him while they were on duty and in their uniforms.  Therefore, the

Plaintiff's request that the Defendants be precluded from wearing their official uniforms at trial is unreasonable and unfair to the Defendants.

Moreover, the Plaintiff has already requested that the court issue a jury instruction regarding the credibility of a police officer's testimony. See Plt. Trial Mem., dated July 6, 2004. It is unreasonable for the Plaintiff to both request such a charge and move to preclude the Defendant officers from appearing in their uniforms at trial. Any concern that the Plaintiff may have regarding the weight that the jury may afford the police officers' testimony is best addressed by the proposed jury charge.

For the foregoing reasons, the Defendants, Town of Granby, Douglas Clark and Robert Castle, respectfully request that the court deny the Plaintiff's Motion under Rule 611(a).

    THE DEFENDANTS,
    TOWN OF GRANBY, DOUGLAS CLARK
    and ROBERT CASTLE


By:_____
    JOSEPHINE A. SPINELLA
    Silvester & Daly
    72 Russ Street
    Hartford, CT 06103
    Tel. (860) 278-2650
    Federal Bar No. CT24009

## **CERTIFICATION**

     I, Josephine A. Spinella, attorney for the Defendants, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 27th day of July, 2004 to:

Patsy M. Renzullo, Esq.
65 Elm Street
P.O. Box 718
Winsted, CT 06098

                                     By:_____
                                          JOSEPHINE A. SPINELLA
                                          Silvester & Daly

nai-love/obj. to mot-police uniforms.072704