UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT    NEW HAVEN 8/6/04
Kevin F. Rowe, Clerk
By M. Rucocca
Deputy Clerk

SEAN LOVE,
      Plaintiff      :

    v.                :    3:02-CV-1960 (EBB)

DOUGLAS CLARK    :

## JURY INTERROGATORIES

1. Do you find that the Plaintiff Sean Love has proven by a preponderance of the evidence that he was subjected to a violation of his Fourth Amendment rights by the use of excessive force by Defendant Douglas Clark ?

      ____ Yes        ✓ No

If you have answered "Yes" to Question 1, please proceed to Question 2. If you have answered "No", your deliberations are at an end. The foreperson should sign and date this verdict form and notify the Marshal that you have reached a verdict. Your verdict will then be returned to Court.

2. What amount of compensatory, if any, do you award Plaintiff for the violation of his Constitutional rights ?

      $_____

1

If you have not awarded damages in Question 2, please proceed to Question 3. If you have awarded damages in Question 2, please proceed to Question 4.

3. What amount of money do you award to Plaintiff as nominal damages ?

$ _____

4. Do you find that the Plaintiff should be awarded punitive damages in order to punish the Defendant or to deter him from such future conduct ?

Yes_____        No _____

If you have answered "Yes" to Question 4, please go to Question 5. If you have answered "No", your deliberations are at an end. The foreperson should sign and date this verdict form and notify the Marshal that you have reached a verdict. Your verdict will then be returned to Court.

5. What is the amount you award in punitive damages ?

$_____

2

Your deliberations are at an end. The foreperson should sign and date this verdict form and notify the Marshal that you have reached a verdict. Your verdict will then be returned to Court.

_____
FOREPERSON

Dated at New Haven, Connecticut on this 6th day of August, 2004.