AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**DISTRICT OF** CT

Love v. Granby

**FILED** Aug 9 8 25 AM '04
NEW HAVEN, CONN

**EXHIBIT AND WITNESS LIST**

**CASE NUMBER:** 02CV1960

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | Kenzuelo/Barrante | Szitagy/Spinella |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Court 8/6/04 | Falzarano | M. Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/6/04 | | | Juror Note |

We have reached a verdict.

Matthew Cristano
Foreman

EMoore/ CSO
8-6-04



COURT'S EXHIBIT 8/6/04
1
02CV1960