AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court  FILED

—— DISTRICT OF —— Aug 9  9 25 AM '04

CT

*Love v. Granby*

EXHIBIT AND WITNESS LIST

NEW HAVEN, CONN.

CASE NUMBER: 02cv1960

| PRESIDING JUDGE Ellen Burns | PLAINTIFF'S ATTORNEY Kenzullo Barrante | DEFENDANT'S ATTORNEY Szilagyi / Spinella |
|---|---|---|
| TRIAL DATE(S) 8/3/04 - | COURT REPORTER Falzarano | COURTROOM DEPUTY M Kniccw |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 8/3/04 | 8/6/04 | | Deborah Bishop - W. Hartland, CT |
| A | | 8/3/04 | ✓ | ✓ | Photo of Sean Love |
| ✓ | | 8/3/04 | | | Sean Love - W. Hartland, CT |
| B | | 8/3/04 | ✓ | ✓ | Photo of seat |
| C | | 8/3/04 | ✓ | ✓ | Photo of desk |
| D | | 5/3/04 | ✓ | ✓ | Photo of hooking room - counter |
| E | | 8/3/04 | ✓ | ✓ | 7/31/03 Discharge Summary 8 pgs. |
| F | | 8/3/04 | ✓ | ✓ | 9/28/03 Discharge Summary 5 pgs |
| G | | 8/3/04 | ✓ | ✓ | 10/25/03 Discharge Summary 10 pgs. |
| H | | 8/3/04 | ✓ | ✓ | Medical Bill 7/31/03 |
| I | | 8/3/04 | ✓ | ✓ | Medical Bill 9/28/03 |
| J | | 8/3/04 | ✓ | ✓ | Medical Bill 10/25/03 |
| K | | 8/3/04 | ✓ | ✓ | " " 3/28/03 + 4/1/03 Day trtmt. |
| L | | 8/3/04 | ✓ | ✓ | " " 5/16/04 Day Treatment |
| M | | 8/3/04 | ✓ | Full as of 8/6/04 | Patient Prescription Record |
| ✓ | | 8/3/04 | | | Eliza Clites - W. Hartland, CT |
| ✓ | | 8/4/04 | | | Deposition of Jaime Huifert read into record |
| ✓ | | 8/4/04 | | | Amy Balfour - Winsted, CT |
| ✓ | | 8/4/04 | | | Ky Schieb - Winsted, CT |
| | 1 | 8/4/04 | ✓ | ✓ | Layout (drawing) of vehicles from scene |
| ✓ | | 8/4/04 | | | Michael Welken - New Haven, CT |
| N | | 8/4/04 - | ✓ | ✓ | Report dated 6/9/03 |

over ▷

AO 187A (Rev. 7/87) ⊕

## EXHIBIT AND WITNESS LIST — CONTINUATION

VS.                                                    CASE NO.

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| O | | 8 4 04 | ✓ | ✓ | Addendum dated 4/2/04 |
| P | | 8 5 04 | ✓ | ✓ | Curriculum Vitae of Dr. Wright |
| Q | | 8 5 04 | ✓ | ✓ | Table re: Earning Capacity for Sean Love |
| | 2 | 8 5 04 | ✓ | ✓ | arrest reports of Sean Love |

AO 187 (Rev. 7/87) Exhibit and Witness List    ⊕

# United States District Court

———— DISTRICT OF ————

Love
v.
Granby

~~EXHIBIT AND~~ WITNESS LIST

CASE NUMBER: 3:02CV1960(EBB)

| PRESIDING JUDGE Ellen B. Burns | PLAINTIFF'S ATTORNEY Renzullo / Barrante | DEFENDANT'S ATTORNEY Szilagyi / Spinella |
|---|---|---|
| TRIAL DATE(S) 8/3/04 – | COURT REPORTER Falzarano | COURTROOM DEPUTY M. Ruocco, et al |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 8/3/04 | | | Deborah Bishop |
| ✓ | | 8/3/04 | , 8/5/04 | · | Sean Love – W. Hartford, CT |
| ✓ | | 8/3/04 | | | Eliza Clites – W. Hartford, CT |
| ✓ | | 8/4/04 | | | Amy Balfour – Winsted, CT |
| ✓ | | 8/4/04 | | | Ky Schieb – Winsted, CT |
| ✓ | | 8/4/04 | | | Michael Melken – New Haven, CT |
| ✓ | | 8/5/04 | | | Dr. Arthur Wright – Storrs, CT |
| ✓ | | 8/5/04 | | | David Watkins – Granby, CT |
| | ✓ | 8/5/04 | | | Douglas Clark – Middletown, CT |
| | ✓ | 8/5/04 | | | Robert Castle, Sgt – Granby CT |
| | ✓ | 8/5/04 | | | Dr Walter Borden – West Hartford CT |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.