UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SEAN A. LOVE

    v.                                                    Civil No.  3:02cv1960(EBB)

TOWN OF GRANBY,
DOUGLAS CLARK, AND
ROBERT CASTLE

## JUDGMENT

This matter came on for trial before a jury and the Honorable Ellen Bree Burns, Senior United States District Judge.  On July 13, 2004, the Honorable Holly B. Fitzsimmons, United States Magistrate Judge, entered a Recommended Ruling on Motion for Summary Judgment granting the relief as to defendant Town of Granby.  On July 28, 2004, the Honorable Ellen Bree Burns entered an order approving the Recommended Ruling.  On August 5, 2004, an order entered in open court granting defendant Robert Castle's Motion for Judgment as a Matter of Law.  On August 6, 2004, the jury returned a verdict for defendant Douglas Clark.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut this 10th day of August, 2004.

                                                  KEVIN F. ROWE, Clerk
                                                By
                                                    /s/
                                                Melissa Ruocco
                                                Deputy Clerk

EOD:_____