UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEAN A. LOVE | : | CASE NO. 302CV1960 (EBB) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF GRANBY, DOUGLAS CLARK | : | |
| and ROBERT CASTLE | : | |
|     Defendants | : | AUGUST 19, 2004 |

## MOTION FOR ATTORNEYS' FEES

Pursuant to Federal Rule of Civil Procedure 54 (d), the Defendants, Town of Granby [hereinafter "Town"], Douglas Clark and Robert Castle hereby submit this Motion for Attorneys' Fees. In support of this Motion, the Defendants submit that they are the prevailing parties and that they are entitled to attorneys' fees pursuant to 42 U.S.C. § 1988. Specifically, the Defendants assert that the Town prevailed on the Plaintiff's claims on a Motion for Summary Judgment; Defendant Castle prevailed on the Plaintiff's claims when the court granted his Rule 50 Motion at trial; and Defendant Clark prevailed on the Plaintiff's claims when the jury rendered a verdict in the Defendant's favor.

The Defendants further assert that the Plaintiff's claims against them were frivolous, groundless and unreasonable, thereby entitling them to attorneys' fees.

The reasons that support this Motion are more fully set forth in the accompanying Memorandum of Law.

For the foregoing reasons, as well as the reasons set forth in the Memorandum of Law, the Defendants respectfully request that the court grant their Motion for Attorneys' Fees.

                THE DEFENDANTS,
                TOWN OF GRANBY, DOUGLAS CLARK
                and ROBERT CASTLE

By:_____
    JOSEPHINE A. SPINELLA
    Silvester & Daly
    72 Russ Street
    Hartford, CT 06103
    Tel. (860) 278-2650
    Federal Bar No. CT24009

## **CERTIFICATION**

     I, Josephine A. Spinella, attorney for the Defendants, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 19th day of August, 2004 to:

Patsy M. Renzullo, Esq.
65 Elm Street
P.O. Box 718
Winsted, CT 06098

                                                    By:_____
                                                        JOSEPHINE A. SPINELLA
                                                        Silvester & Daly

nai-love/mot. attys. fees.081604