**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SEAN A. LOVE | : | CASE NO. 302CV1960 (EBB) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF GRANBY, DOUGLAS CLARK | : | |
| and ROBERT CASTLE | : | |
|     Defendants | : | AUGUST 19, 2004 |

## DEFENDANTS' BILL OF COSTS

Pursuant to Federal Rule of Civil Procedure 54 and Local Rule of Civil Procedure 54, the Defendants, Town of Granby, Douglas Clark and Robert Castle hereby submit this Bill of Costs. In support of the Bill of Costs, the Defendants submit that this matter was tried by a jury and that the jury rendered a verdict in favor of the Defendant, Douglas Clark, on August 6, 2004. The Defendants further submit that in its ruling on the Defendants' Motion for Summary Judgment, the court ruled that the Town of Granby was entitled to judgment as a matter of law on the Plaintiff's claims against it. Moreover, on August 5, 2004, the court, *Burns, J.*, granted the Defendants' Rule 50 Motion for Judgment as a Matter of Law regarding the Defendant, Robert Castle, after the Plaintiff rested his case in chief. The Defendants, therefore, are the prevailing parties in this matter.

In addition to this Bill of Costs and pursuant to 28 U.S.C. § 1924, the Defendants submit the Affidavit of Frank J. Szilagyi, attorney for the Defendants, which verifies that the fees that "have been charged were actually and necessarily performed." 28 U.S.C. § 1924. See Exhibit A, Affidavit of Frank J. Szilagyi.

**I.     FEES OF THE CLERK AND MARSHAL**

The following are the fees that the Defendants incurred in having non-party witnesses served by subpoena for depositions. The claims for service fees are supported by documentation attached hereto as Exhibit B.

| | |
|---|---|
| Amy Balfour | $ 40.36 |
| Jamie Leifert | $ 46.84 |
| Debbie Bishop | $ 49.00 |
| Charlotte Hungerford Hospital | $ 60.00 |
| Catholic Family Services | $ 75.00 |
| McCall Foundation | $ 75.00 |
| **Total** | **$ 346.20** |

II. **FEES OF THE COURT REPORTER**

The following fees were incurred by the Defendants for obtaining an original and one (1) copy of deposition transcripts from the court reporters.

| | |
|---|---|
| Amy Balfour | $ 558.04 |
| Jamie Leifert | $ 443.82 |
| Debbie Bishop | $ 460.04 |
| Michael Nelken, M.D. | $ 1,200.00 |
| Ky Schieb | $ 604.20 |
| Sean Love | $  683.65 |
| **Total** | **$ 3,949.75** |

III. **FEES FOR COPIES OF PAPERS**

| | |
|---|---|
| Charlotte Hungerford Hospital | $ 368.40 |
| Catholic Family Services | $   20.00 |
| **Total** | **$ 388.40** |

IV. **FEES FOR WITNESSES**

Pursuant to 28 U.S.C. § 1821 (b), the Defendants submit that they have incurred the following witness fee:

| | |
|---|---|
| Walter Borden, M.D. | $   40.00 |

| | | |
|---|---|---|
| Amy Balfour | $ | 40.00 |
| Jamie Leifert | $ | 40.00 |
| Michael Nelken, M.D. | $ | 40.00 |
| **Total** | **$** | **160.00** |

**Total Bill of Costs**            $ 4,844.35

THE DEFENDANTS,
TOWN OF GRANBY, DOUGLAS CLARK
and ROBERT CASTLE


By:_____
    JOSEPHINE A. SPINELLA
    Silvester & Daly
    72 Russ Street
    Hartford, CT 06103
    Tel. (860) 278-2650
    Federal Bar No. CT24009

## **CERTIFICATION**

      I, Josephine A. Spinella, attorney for the Defendants, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 19th day of August, 2004 to:

Patsy M. Renzullo, Esq.
65 Elm Street
P.O. Box 718
Winsted, CT 06098

                                    By:_____
                                        JOSEPHINE A. SPINELLA
                                        Silvester & Daly

nai-love/bill of costs.081204