

FILED
Oct 5  1 47 PM '04
U.S. ...

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEAN A. LOVE<br>Plaintiff | : CASE NO. 302CV1960 (EBB) |
| v. | : |
| TOWN OF GRANBY, DOUGLAS CLARK<br>and ROBERT CASTLE<br>Defendants | :<br>: OCTOBER 4, 2004 |

## AMENDED MOTION FOR ATTORNEYS' FEES

Pursuant to Federal Rule of Civil Procedure 54 (d), the Defendants, Town of Granby [hereinafter "Town"], Douglas Clark and Robert Castle hereby submit this Amended Motion for Attorneys' Fees. In support of this Motion, the Defendants now move to amend the Motion for Attorneys' Fees, dated August 19, 2004. The purpose of amending the Motion for Attorneys' Fees is to attach the affidavits of Frank J. Szilagyi, James Tallberg and David Curry as well as the bills rendered by Silvester & Daly to the Memorandum of Law in Support of the Amended Motion for Attorneys' Fees.

The Defendants submit that they are the prevailing parties and that they are entitled to attorneys' fees pursuant to 42 U.S.C. § 1988. Specifically, the Defendants assert that the Town prevailed on the Plaintiff's claims on a Motion for Summary Judgment; Defendant Castle prevailed on the Plaintiff's claims when the court granted

his Rule 50 Motion at trial; and Defendant Clark prevailed on the Plaintiff's claims when the jury rendered a verdict in the Defendant's favor.

The Defendants further assert that the Plaintiff's claims against them were frivolous, groundless and unreasonable, thereby entitling them to attorneys' fees.

The reasons that support this amended Motion are more fully set forth in the accompanying Memorandum of Law.

For the foregoing reasons, as well as the reasons set forth in the Memorandum of Law, the Defendants respectfully request that the court grant their Motion for Attorneys' Fees.

                THE DEFENDANTS,
                TOWN OF GRANBY, DOUGLAS CLARK
                and ROBERT CASTLE

By: _____
    JOSEPHINE A. SPINELLA
    Silvester & Daly
    72 Russ Street
    Hartford, CT 06103
    Tel. (860) 278-2650
    Federal Bar No. CT24009

## CERTIFICATION

I, Josephine A. Spinella, attorney for the Defendants, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 4th day of October, 2004 to:

Patsy M. Renzullo, Esq.
65 Elm Street
P.O. Box 718
Winsted, CT 06098

By: /s/ Josephine A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly

amended mot for attys fees.100404

SILVESTER & DALY
72 RUSS STREET • HARTFORD, CONNECTICUT 06106 • (860) 278-2650 • FAX (860) 727-9243