UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SEAN LOVE,
      Plaintiff

v.                            3:02-CV-1960 (EBB)

TOWN OF GRANBY, DOUGLAS CLARK
and ROBERT CASTLE,
      Defendants

FILED
Oct 6   3 40 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN

## ORDER

Calculation of the amount of any attorney's fees to be granted in a case is referred to as the "lodestar." Such a calculation requires the Court to determine the number of hours reasonably spent on the litigation and to exclude hours which are excessive, redundant or otherwise unreasonable. Calculation of the lodestar also requires the Court to determine the "prevailing market rates" for the type of services rendered, <u>Blum v. Stenson</u>, 465 U.S. 886, 895 (1984), *i.e.* the fees that would be charged for similar work by attorneys of like skill in the area.

On or before October 29, 2004, Defendants shall set forth, with specificity, each hour worked on this case, what the work consisted of, and the requested billing rates per hour, totaled. There shall also be filed two affidavits of attorneys who practice similar work in defense counsel's geographical area attesting to the reasonableness of the requested hourly fees.

SO ORDERED

_____
ELLEN BREE BURNS

SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this 5th day of October, 2004