UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SEAN A. LOVE

    VS.                                                                                        CIVIL 3:02CV1960(EBB)

TOWN OF GRANBY, ET AL

RULING ON DEFENDANTS' BILL OF COSTS

Judgment entered for the defendants on August 11, 2004, after a jury trial in favor of the defendant, Douglas Clark. The Court having granted a motion for judgment as a matter of law as to the defendant, Robert Castle, and the Court entered a ruling granting summary judgment as to the defendant, Town of Granby. Defendants filed a Bill of Costs on August 20, 2004, with additional supporting documentation submitted on October 5, 2004. No objection has been filed. For the reasons stated below, the defendants' bill of costs is granted in part and denied in part.

    A.  <u>FEES OF THE CLERK AND MARSHAL</u>: Defendants have submitted claims for service of subpoenas for non-party witnesses in the amount of $346.20 which is allowed.

    B.  <u>FEES FOR COURT REPORTER</u>: Defendants are entitled to costs for an original and one copy of a transcript and any court reporter attendance fees, to be taxed at the prevailing page rate pursuant to Local Rule 80. Pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures", maximum transcript rates for an original and one copy are $3.75 per page. Postage and handling and

charges for delivery of transcripts are not recoverable as costs, <u>Wahl v Carrier Mfg. Co., Inc.</u> 511 F.2d 209, 217 (7th Cir.,1975). Deposition transcripts are taxable if used at trial in lieu of live testimony, for cross-examination, for impeachment, or in support of a successful motion for summary judgment pursuant to Local Rule 54(c)2(ii).

Defendants submitted a claim for the deposition transcript of Amy Balfour, held on July 31, 2003, in the amount of $558.04. This claim is reduced to $527.84, eliminating the charge for shipping and handling and reducing the page rate to $3.75 per page.

Defendants submitted a claim for the deposition transcript of Jamie Leifert, held on July 31, 2003, in the amount of $443.82. The deposition transcript of this witness was read at the trial on August 4, 2004. This claim is reduced to $422.62, eliminating the charge for shipping and handling and reducing the page rate to $3.75 per page.

Defendants submitted a claim for the deposition transcript of Debbie Bishop, held on February 16, 2004, in the amount of $460.04. This claim is reduced to $406.04, eliminating the charge for shipping and handling and reducing the page rate to $3.75 per page.

Defendants submitted a claim for the deposition transcript of Michael Nelken, M.D., in the amount of $1,200.00, which is disallowed.

Defendants submitted a claim for the deposition transcript of Ky Schieb, held on August 4, 2004, in the amount of $604.20. This claim is reduced to $316.70, reducing the page rate to $3.75 per page.

Defendants submitted a claim for the deposition transcript of the plaintiff, Sean Love, held on March 31, 2004, in the amount of $683.65. This claim is reduced to $647.45, eliminating the charge for shipping and handling and reducing the page rate to $3.75 per page.

The total claim for court reporter's fees is allowed in the amount of $2,320.65.

C. <u>FEES FOR COPIES OF PAPERS:</u> Pursuant to Local Rule 54(c)3(i), costs for copies of papers are taxable only if counsel can demonstrate that such copies were necessarily obtained for use in the case. Costs for one copy of documents admitted into evidence shall also be permitted as costs. Defendants submitted claims for copies of papers for Charlotte Hungerford Hospital in the amount of $368.40 and for Catholic Family Services in the amount of $20.00. These claims are disallowed without prejudice within ten days upon a showing as to how these copies were necessarily obtained for use in the case.

D. <u>FEES FOR WITNESSES</u>: Defendants submitted claims for witness fees in the amount of $160.00 which is allowed.

D. <u>SUMMARY:</u> For the reasons previously stated, the defendants' bill of costs is allowed as follows:

| | |
|---|---|
| FEES FOR CLERK AND MARSHAL | $  346.20 |
| FEES FOR COURT REPORTER | 2,320.65 |
| FEES FOR WITNESSES | 160.00 |
| TOTAL | $2,826.85 |

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated in New Haven, Connecticut, this 13th day of October, 2004.

                                          KEVIN F. ROWE, CLERK

                                          BY:
                                              Lori Inferrera
                                              Deputy-in-Charge