FILED

Oct 18  2 03 PM '04

U.S. DISTRICT COURT
HARTFORD, CONN.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEAN A. LOVE | : CASE NO. 302CV1960 (EBB) |
|     Plaintiff | : |
| | : |
| v. | : |
| | : |
| TOWN OF GRANBY, DOUGLAS CLARK | : |
| and ROBERT CASTLE | : |
|     Defendants | : OCTOBER 15, 2004 |

### BILL OF COSTS RE: FEES FOR COPIES OF PAPERS

On August 20, 2004, the Defendants, Town of Granby, Douglas Clark and Robert Castle, filed a Bill of Costs with regard to the above-referenced matter. The Plaintiff did not file an objection to the Bill of Costs. On October 13, 2004, the court granted the Bill of Costs in part and denied the Bill of Costs in part.

In the Bill of Costs, the Defendants submitted claims for copies of papers from Charlotte Hungerford Hospital and Catholic Family Services. The fees for obtaining said copies were $368.40 from Charlotte Hungerford Hospital and $20.00 from Catholic Hungerford Hospital. See Bill of Costs, dated August 19, 2004, Sec. III. In its ruling, the court stated that "these claims were disallowed without prejudice within ten days upon a showing as to how these copies were necessarily obtained for use in the case." See Ruling, October 13, 2004, pg. 3.

In accordance with the court's ruling, the Defendants hereby submit that the copies of the Plaintiff's medical records and bills from Charlotte Hungerford Hospital and Catholic Family Services were necessarily obtained. In his complaint, the Plaintiff alleged that he suffered numerous medical illnesses from the Defendants' actions and that he was unable to obtain gainful employment due to these illnesses. The Plaintiff sought care and treatment for these illnesses at the Charlotte Hungerford Hospital and Catholic Family Services. Therefore, in light of the allegations, it was necessary for defense counsel to obtain the Plaintiff's medical records and bills in order to properly defend the lawsuit and evaluate the Plaintiff's claim of damages.

Based on the foregoing, the Defendants respectfully request that the court grant their Bill of Costs with regard to the fees for copies of papers.

THE DEFENDANTS,
TOWN OF GRANBY, DOUGLAS CLARK
and ROBERT CASTLE

By: _____
JOSEPHINE A. SPINELLA
Silvester & Daly
72 Russ Street
Hartford, CT 06103
Tel. (860) 278-2650
Federal Bar No. CT24009

## CERTIFICATION

I, Josephine A. Spinella, attorney for the Defendants, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 15th day of October, 2004 to:

Patsy M. Renzullo, Esq.
65 Elm Street
P.O. Box 718
Winsted, CT 06098

By: _____
JOSEPHINE A. SPINELLA
Silvester & Daly

nai-love/bill of costs-copies of papers.101404