UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JAN -6 P 3: 29

U.S. DISTRICT COURT
NEW HAVEN, CT

SEAN LOVE,
      Plaintiff

v.  :  3:02-CV-1960 (EBB)

TOWN OF GRANBY, DOUGLAS CLARK
and ROBERT CASTLE,
      Defendants

## RULING ON AMENDED MOTION FOR ATTORNEYS' FEES

The trial of this matter took place on August 3, 2004, through and including, August 6, 2004. The Town of Granby prevailed in it Motion for Summary Judgment based on lack of any viable Monell claim; the Court granted a directed verdict in favor of Defendant Castle at the end of Plaintiff's case, as no evidence of any wrongdoing was ever proffered against him during Plaintiff's case; following deliberations, the jury rendered its verdict in favor of Defendant Clark.

On or about August 19, 2004, Defendants, as prevailing parties, filed a Motion for Attorneys' Fees. No objection was ever filed to this Motion. An Amended Motion for Attorneys' Fees was filed on October 5, 2004, which set forth the hourly rates charged by each attorney and the number of hours expended on the preparation for this trial. Also included were two affidavits of attorneys who practice in the field of municipal liability and Section 1983 civil rights cases, in which each attested to the reasonableness of the hourly rate charged. As before, no objection was filed as to the Amended Motion.

The Court agrees that an hourly billing rate of $135 is more than eminently reasonable. However, a after thorough review of the billable hours, the Court has determined that the total amount of fees requested shall be decreased by 10%, due to redundancies in reported work, or "reported" work lacking any explanation therefore.

The total amount of fees sought is $63,249. Decreased by 10%, the total fees amount to $56,924.10.

The Amended Motion for Attorneys' Fees [Doc.No.86] is hereby GRANTED, ABSENT OBJECTION, in the amount of $56,924.10. The Clerk is directed to close this case.

SO ORDERED

ELLEN BREE BURNS

SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this 6th day of January, 2005.